```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021
```

# LIFSHITZ LAW FIRM, P.C.

Attorneys at Law
1190 Broadway
Hewlett, New York 11557

Tel: (516) 493-9780
Fax: (516) 280-7376

**MEMO ENDORSED**

March 18, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
The U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Sue Gee Cheng v. Akers Biosciences, Inc., et al.*, Case No. 1:21-cv-01110-VEC (S.D.N.Y.)

Dear Judge Caproni,

We represent Plaintiff Sue Gee Cheng ("Plaintiff") in the above captioned action (the "Action"). The Court has scheduled an initial pretrial conference in our case for March 26, 2021. We write on Plaintiff's behalf to request an adjournment of the conference.

To date, Plaintiff hasn't served Defendants. In order to give the parties additional time to effectuate service, Plaintiff respectfully requests a brief adjournment of the March 26 conference. Plaintiff proposes the conference be rescheduled for any of the following dates: April 23, 2021, April 30, 2021, or May 7, 2021. In keeping with the Judge's Individual Rules, Plaintiff proposes that the parties' pre-conference letter be filed no later than eight (8) days before the rescheduled conference. No prior requests for adjournment have been made or denied, and no parties object to the relief requested.

Yours Truly,

*/s/ Joshua M. Lifshitz*
Joshua M. Lifshitz

---

The initial pretrial conference currently scheduled for Friday, March 26, 2021 at 11:30 A.M. is hereby adjourned to **Friday, May 7, 2021, at 10:30 A.M.** Joint pre-conference submissions are due no later than **Thursday, April 29, 2021**. The parties should consult the Notice of Initial Pretrial Conference, Dkt. 3, for a description of the required pre-conference submissions and for the conference dial in information.

SO ORDERED.

*[signature]*   Date: March 19, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE