Case 1:21-cv-01110-VEC   Document 7   Filed 04/26/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUE GEE CHENG,<br><br>    Plaintiff,<br><br>v.<br><br>AKERS BIOSCIENCES, INC., JEFFREY L. BERENSON, JAMES E. CRADDOCK, BARBARA J. DUGANIER, THOMAS J. EDELMAN, HOLLI C. LADHANI, DAVID L. STOVER, SCOTT D. URBAN, WILLIAM T. VAN KLEEF, and MARTHA B. WYRSCH,<br><br>    Defendants. | Civil Action No. 1:21-cv-1110-VEC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Sue Gee Cheng hereby voluntarily dismisses her claims in the above-captioned action (the "Action").

Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 23, 2021

Respectfully submitted,

By: /s/ Joshua M. Lifshitz
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

---

This case is hereby dismissed.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: April 26, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2

*Attorneys for Plaintiff*